IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KHALID AHTASHAM,  *Plaintiff,*  v.  LYFT INC.,  *Defendant.* | CIVIL ACTION  NO. 24-1673 |

# ORDER

**AND NOW**, this 12th day of September 2024, upon consideration of Plaintiff's Amended Complaint (ECF No. 7), Defendant's Motion to Dismiss (ECF No. 12), Plaintiff's Response (ECF No. 18), and Defendant's Reply (ECF No. 21), it is **ORDERED** that the Motion is **DENIED** with respect to Count III.[1]

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.

---

[1] In his Response (ECF No. 18), Plaintiff voluntarily dismissed all other counts in his Amended Complaint.